U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:  Walter Russell Winfree, III,      Chapter 13
    Case No.24-50395
        Debtor.

## MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S BALANCE OF SCHEDULES, PLAN AND OTHER DELIVERABLES

Debtor, by counsel, hereby requests that the Court extend the deadline to file his balance of schedules, plan and other deliverables as specified in ECF Docket #6), and as grounds state as follows:

1. Debtor filed this Chapter 13 to stop a foreclosure on his home.

2. Debtor scheduled an appointment with Counsel for July 30,2024 to finalize and sign his balance of schedules, plan, and other deliverables.

3. Debtor was unable to attend the meeting due to his mental and physical state.  (Debtor suffers from a severe mental health disorder.)

4. Counsel was unable to reschedule an appointment with Debtor prior to the deadline on 8/1/2024.

5. Counsel and Debtor have scheduled an appointment on August 8, 2024 at 2:30 p.m. to sign the balance of schedules, plan, and other deliverables.

6. Debtor's Creditor Meeting is scheduled for September 3, 2024.

Wherefore, Debtor, by counsel, hereby requests that the Court extend the deadline to file his balance of schedules, plan, and other deliverables until August 9, 2024.

Dated:  8/1/2024

       Respectfully submitted,

       Walter Russell Winfree, III

       By Counsel

/s/ Marshall M. Slayton
Marshall M. Slayton
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was sent via first-class mail, postage prepaid to the Debtor and via ECF to the Trustee on 8/1/2024.

/s/ Marshall M. Slayton
Marshall M. Slayton

2